File Hashes for IP Address 24.13.223.116

**ISP:** Comcast Cable
**Physical Location:** Mount Prospect, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/26/2013 03:43:58 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/14/2013 14:13:54 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 01/09/2013 06:44:47 | 4E5C403BE0049B008318D4777415D777688E42C0 | The Ultimate Blowjob |
| 12/10/2012 15:03:44 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 12/10/2012 14:59:52 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 12/10/2012 14:59:02 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/10/2012 14:37:09 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 12/10/2012 08:57:20 | 8BD84717D4C771E4AECB753B18331C6639931B89 | Waterfall Emotions |
| 10/14/2012 12:26:45 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 10/14/2012 10:04:11 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 10/14/2012 10:00:29 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 10/14/2012 08:30:34 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 10/14/2012 02:12:32 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 10/12/2012 10:31:07 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 10/12/2012 04:18:38 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 09/02/2012 09:53:42 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

NIL51